IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| NORMAN MATTHEWS, | * |
| Plaintiff, | * |
| vs. | * |
| TMX FINANCE CORPORATE SERVICES, INC., *et al.*, | * CASE NO. 4:24-cv-59 (CDL) |
| Defendants. | * |
| | * |

O R D E R

Based upon the findings of fact and conclusions of law announced from the bench after the evidentiary hearing held on December 11, 2024, the Court grants the Defendants' motion to compel arbitration and stays further proceedings in this action pending arbitration (ECF No. 17). As a result of this Order, Defendants' alternative motion to dismiss (ECF No. 18) the Complaint is terminated as moot.

IT IS SO ORDERED, this 11th day of December, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA